# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMES CNG DELGLYN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CRAIG BOUNDY and EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>　　　　　　　Defendants. | Case No. 18-CV-1088-JPS<br><br>**ORDER** |

Plaintiff sued Defendants for alleged violations of the Fair Credit Reporting Act. (Docket #1-1). On July 30, 2018, Defendant Craig Boundy ("Boundy") filed a motion to dismiss Plaintiff's claims against him. (Docket #7). Boundy states that he has been sued solely because he is the CEO of Defendant Experian Information Solutions, Inc., not for any personal involvement in the events underlying Plaintiff's lawsuit. (Docket #8). Plaintiff has never responded to the motion, though he was reminded to do so at the scheduling conference held in this matter on September 7, 2018. (Docket #14). The Court will, therefore, grant Boundy's motion as unopposed. Civ. L. R. 7(d).

Accordingly,

**IT IS ORDERED** that Defendant Craig Boundy's motion to dismiss (Docket #7) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Defendant Craig Boundy be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 19th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge